Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs.

**In re Woo–Young YOON**

**No. 01–1047.**

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

Woo–Young Yoon moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Donna L. PARKER, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

**No. 01–3039.**

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joseph CIAMPA, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 01–3061.**

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

Joseph Ciampa moves to voluntarily dismiss his petition for review.